# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Carol Johnene Morris,

Vs. No. 11-13-00205-CV

Midland Central Appraisal District,

\* From the 142nd District
 Court of Midland County,
 Trial Court No. TX13106.

\* August 8, 2013

\* Per Curiam Memorandum Opinion
 (Panel consists of: Wright, C.J.,
 McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.